**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br> and <br><br> COSTAR GROUP, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br>         Plaintiffs, <br><br> v. <br><br> BILL JACKSON & ASSOCIATES, APPRAISERS, <br> 17024 Butte Creek Drive, Suite 200 <br> Houston, TX 77090-2347 <br><br>         Defendants. | Civil Action No. 8:08-cv-02767-RWT |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[   ] I certify, as party/counsel in this case that

                                                (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ] The following corporate affiliations exist with CoSTAR Group, Inc.:

    CoSTAR Realty Information Group, Inc. is a wholly-owned subsidiary of CoSTAR Group, Inc.

[ X ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

    Based on the most recent information available to CoSTAR Group, Inc., the following entities own 10% or more of CoSTAR Group Inc.'s stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

U.S. District Court (6/13/2003) Disclosure of Corporate Interest

Dated: October 20, 2008　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Shari Ross Lahlou, Bar. No. 16570
　　　　　　　　　　　　　　　　　　　　William J. Sauers, Bar No. 17355
　　　　　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 624-2500
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 628-5116
　　　　　　　　　　　　　　　　　　　　Email: slahlou@crowell.com
　　　　　　　　　　　　　　　　　　　　　　　　wsauers@crowell.com


　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs CoStar Realty*
　　　　　　　　　　　　　　　　　　　　*Information, Inc. and CoStar Group, Inc.*