AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information Inc., and
CoStar Group, Inc.
       V.

Bill Jackson & Associates Appraisers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     RWT 08-CV-2767

TO: (Name and address of Defendant)

Bill Jackson & Associates Appraisers
17024 Butte Creek Drive, Suite 200
Houston, TX 77090-2347

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers
Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                     October 23, 2008
CLERK                                                     DATE

*Katie Nader* (signature)
(By) DEPUTY CLERK