## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CoStar Realty Information, Inc.** *                    *
*a Delaware corporation* | |
|       **Plaintiff**                       * | **Civil Action No.: RWT-05-3432** |
|       **v.**                                 * | |
| **Craig Waldman**                         * | |

**CoStar Realty Information, Inc.**      *
*a Delaware corporation*
      **Plaintiff**      *
                                                              **Civil Action No.: RWT-05-3432**
      **v.**      *

**Craig Waldman**      *
*doing business as*
CW Properties      ******
and
**Kary Moore**
*doing business as*
Properties Unlimited
      **Defendants**

**Dear Counsel for Plaintiff:**

      In reviewing the docket in the above entitled case, it appears that a return of service has been filed as to defendants       **Craig Waldman and Kary Moore**       reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint which was due on or before   **March 17, 2006**  . You are therefore directed to file and serve by mail on the above named defendants a Motion for Entry of Default by the Clerk and a Motion for Default Judgment, or to provide the Court with a status report on or before **April 18, 2006** as to why such motions would be inappropriate.

**Dated:**   **April 3, 2006**                                                     **_Hannah Bea Merez_**
                                                                                  Hannah Bea Merez
                                                                                  Courtroom Deputy

**cc: file**

U.S. District Court (Rev. 12/2/2003)