AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information Inc., and
CoStar Group, Inc.
V.

Bill Jackson & Associates Appraisers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: RWT 08-CV-2767

**RECEIVED**

OCT 3 0

TO: (Name and address of Defendant)

Bill Jackson & Associates Appraisers
17024 Butte Creek Drive, Suite 200
Houston, TX 77090-2347

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers
Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

October 23, 2008
DATE

Katie Nader
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE 10-31-08 @ 3:10 pm |
| NAME OF SERVER *(PRINT)* Marcos Lardizabal | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

 G Served personally upon the defendant. Place where served: _____

 G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

 G Returned unexecuted: _____

 ☒ Other (specify): by serving Bill Jackson, President, authorized to accept. Service was completed at 17024 Butte Creek Drive, Suite 200, Houston, TX 77090

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-31-08
      Date     *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\*   Civil Cover Sheet and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.