AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and
CoStar Group, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Bill Jackson, Inc., d/b/a Bill
Jackson & Associates, et al.

CASE   8:08-cv-2767

TO: (Name and address of Defendant)

Bill Jackson
17024 Butte Creek Drive, Suite 200
Houston, TX 77090-2347

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers
Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

*Katie Nader*
(By) DEPUTY CLERK

12/10/08
DATE

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and
CoStar Group, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Bill Jackson, Inc., d/b/a Bill
Jackson & Associates, et al.

CASE 8:08-cv-2767

TO: (Name and address of Defendant)

Houston Property Consultants
17024 Butte Creek Drive, Suite 200
Houston, TX 77090-2347

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers
Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

_Katie Mader_
(By) DEPUTY CLERK

12/10/08
DATE

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov