# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION, INC.,
2 Bethesda Metro Center, 10th Floor
Bethesda Maryland 20814,

And

COSTAR GROUP, INC.,
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814,

CIVIL ACTION NO. RWT 08-CV-2767

        Plaintiffs,

v.

BILL JACKSON & ASSOCIATES APPRAISERS,
17024 Butte Creek Drive, Suite 200
Houston, Texas 77090-2347

        Defendants.

## DEFENDANT JACKSON'S MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT AND MOTION FOR ENTRY OF AN ORDER GRANTING ITS UNOPPOSED MOTIONS TO DISMISS OR, ALTERNATIVELY, ITS MOTION TO TRANSFER VENUE

COMES NOW Defendant B. F. Jackson Inc. d/b/a Bill Jackson & Associates Appraisers ("Defendant" or "Jackson") by and through undersigned counsel, and files this its Motion to Strike Plaintiffs' Amended Complaint and Motion for Entry of Order Granting its Motion to Dismiss for Lack of Personal Jurisdiction and, in the alternative, grant its Motion to Dismiss for Improper Venue and Motion to Transfer Venue. The basis for the motion is contained in the memorandum of points and authorities being filed contemporaneous herewith.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant **BILL JACKSON & ASSOCIATES APPRAISERS** prays that Plaintiffs take nothing by reason of their Complaint herein, that the claims asserted herein against Jackson be dismissed, with prejudice, that Jackson be discharged and released; that Jackson recover its costs; and for such other and further relief, both general and special, at law and in equity, to which Jackson may show itself justly entitled to receive. Alternatively, Defendant prays for an Order transferring this case to the United States District Court for the Southern District of Texas.

Respectfully submitted,
**Bromberg Rosenthal LLP**

By: /s/ Eugene W. Policastri
Eugene W. Policastri (14917)
401 N. Washington St., Suite 500
Rockville, MD 20850
301-251-6200
301-309-9436 – Facsimile
ewpolicastri@brsglaw.com
Attorneys for Defendant,
Bill Jackson and Associates

**OF COUNSEL:**
**Strasburger & Price, L.L.P.**
**WILLIAM A. HARRISON**
Texas State Bar No. 09125000
U.S. D.C. Tex., Southern District Bar No. 2498
1401 McKinney, Suite 2200
Houston, Texas 77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of December, 2008, a true and correct copy of the foregoing document was served upon all counsel of record via electronic notice from the Clerk of the Court.

/s/ Eugene W. Policastri
**Eugene W. Policastri**