AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and
CoStar Group, Inc.

V.

**SUMMONS IN A CIVIL CASE**

Bill Jackson, Inc., d/b/a Bill
Jackson & Associates, et al.

CASE  8:08-cv-2767

TO: (Name and address of Defendant)

Bill Jackson
17024 Butte Creek Drive, Suite 200
Houston, TX 77090-2347

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers
Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

12/10/08
DATE

(By) DEPUTY CLERK

**NOTICE** - This case is subject to electronic filing.
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., et al. )
)
)
)
**Plaintiff(s)** )
) Case No.: 8:08-CV-2767
v. )
)
Bill Jackson, Inc., d/b/a Bill Jackson & Associates, et al. )
)
)
)
**Defendant(s)** )

## AFFIDAVIT OF SERVICE

I, __Elwin Stuart__, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herin in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons and Amended Complaint with Exhibit A

SERVE TO: Bill Jackson c/o Jamie L. Webster
SERVICE ADDRESS: Strasburger & Price, LLP, 1401 McKinney Street, Suite 2200, Houston, TX 77010

DATE SERVED: __December 18, 2008__    TIME SERVED: __12__ : __30__ A̶M̶/PM

[XX] PERSONAL SERVICE by serving Bill Jackson c/o Jamie L. Webster, personally.

[ ] SUBSTITUTE SERVICE by serving_____ as _____, a person of suitable age and discretion residing therein at his/her usual place of abode.

[ ] CORPORATE SERVICE by serving, _____ Title:_____

[ ] POSTED and mailed a copy on _____, first class U.S. Postage prepaid.

DESCRIPTION: Gender: M̶/F; Race: __White__; Hair: __Brown__; Age: __30__; Height: __5'5"__; Weight: __130 lb__.

I declare under penalties of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

12/20/2008
Executed on:

*Elwin Stuart*
Elwin Stuart, SCH1192
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-012675                                                                                              Client Reference: N/A

**CAPITOL PROCESS SERVICES, INC.** • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050