CoStar Realty Information, Inc. et al v. Bill Jackson and Associates Appraisers                                   Doc. 21

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Jeffrey E. Risberg, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

January 8, 2009

Eugene Policastri
Bromberg Rosenthal LLLP
401 N. Washington St., Ste. 500
Rockville, MD 20850

      Re:    Case No. RWT 08-CV-2767

Dear Counsel/Party:

      Your Motion to Dismiss and Memorandum in Support was filed electronically on 1/7/2009.

[ ]    The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ]    The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

[ ]    You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

[ X ]    When filing a motion and memorandum in support, you must file the memorandum as an attachment to the motion. The memorandum should not be filed as a separate docket entry.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

Very truly yours,
/s/
Katie Nader
for
Felicia C. Cannon, Clerk

cc:    Other counsel/party
U.S. District Court (Rev. 6/14/2005) - Warning letter

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

Dockets.Justia.com