# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND  20770**
                                                               **301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:  Judge Roger W. Titus

RE:        *CoStar Realty Information Inc. v. Bill Jackson and Associates Appraisers, et al.*
               Civil Case No. RWT 08-2767

DATE:   April 1, 2009

* * * * * * * * *

To accommodate a change in the Court's calendar, the motions hearing previously scheduled for April 6, 2009, is hereby **RESCHEDULED** for **April 16, 2009, at 10:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge