**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **COSTAR REALTY INFORMATION, INC.,** <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda Maryland  20814, <br><br> And <br><br> **COSTAR GROUP, INC.,** <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland  20814, <br><br>             **Plaintiffs,** <br><br> **v.** <br><br> **BILL JACKSON & ASSOCIATES APPRAISERS,** *et. al.* <br> 17024 Butte Creek Drive, Suite 200 <br> Houston, Texas  77090-2347 <br><br>             **Defendants.** | **CIVIL ACTION NO. RWT 08-CV-2767** |

## DEFENDANTS' EMERGENCY MOTION TO RESCHEDULE APRIL 16TH HEARING

Defendants **Bill Jackson**, individually ("Jackson"), **B. F. Jackson Inc. d/b/a  Bill Jackson & Associates Appraisers** ("BJA") and **Houston Property Consultants** ("HPC") (collectively referred to herein as "Defendants") by and through the undersigned counsel, submit this motion seeking to reschedule the Court's hearing date on its motion to dismiss or in the alternative transfer venue (recently rescheduled by the Court on April 1, 2009 from April 6 to April 16) on the grounds that counsel has irresolvable calendar conflicts on April 16th and no party would be prejudiced by the rescheduling of the hearing to a date available on all counsels' calendar.  The grounds are further set forth in the memorandum being filed contemporaneously with this motion.

Respectfully submitted,

**Bromberg Rosenthal LLP**

By: /s/ Eugene W. Policastri
    Eugene W. Policastri (14917)
    401 N. Washington St., Suite 500
    Rockville, MD 20850
    301-251-6200
    301-309-9436 – Facsimile
    ewpolicastri@brsglaw.com

    Attorneys for Defendant,
    Bill Jackson and Associates

**OF COUNSEL:**

**Strasburger & Price, L.L.P.**
**WILLIAM A. HARRISON**
Texas State Bar No. 09125000
U.S. D.C. Tex., Southern District Bar No. 2498
1401 McKinney, Suite 2200
Houston, Texas 77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2009 a true and correct copy of the foregoing document was served upon all counsel of record via electronic notice from the Clerk of the Court.

    /s/ Eugene W. Policastri
    **Eugene W. Policastri**