# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**COSTAR REALTY INFORMATION, INC.,**
2 Bethesda Metro Center, 10th Floor
Bethesda Maryland  20814,

**And**

**COSTAR GROUP, INC.,**
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland  20814,              **CIVIL ACTION NO. RWT 08-CV-2767**

      **Plaintiffs,**

**v.**

**BILL JACKSON & ASSOCIATES
APPRAISERS,** *et. al.*
17024 Butte Creek Drive, Suite 200
Houston, Texas  77090-2347

      **Defendants.**

### MOTION TO CONSIDER ON AN EXPEDITED BASIS
### DEFENDANTS' EMERGENCY MOTION TO RESCHEDULE APRIL 16TH HEARING AND TO SHORTEN RESPONSE TIME

    Defendants **Bill Jackson**, individually ("Jackson"), **B. F. Jackson Inc. d/b/a Bill Jackson & Associates Appraisers** ("BJA") and **Houston Property Consultants** ("HPC") (collectively referred to herein as "Defendants") by and through the undersigned counsel, submit this Motion to have this Court consider on an expedited basis its motion to reschedule the April 16th hearing date and to shorten response time for the reasons contained in the contemporaneous memorandum in support of this motion.

                         Respectfully submitted,

                         **Bromberg Rosenthal LLP**

By: /s/ Eugene W. Policastri
Eugene W. Policastri (14917)
401 N. Washington St., Suite 500
Rockville, MD  20850
301-251-6200
301-309-9436 – Facsimile
ewpolicastri@brsglaw.com

Attorneys for Defendant,
Bill Jackson and Associates

**OF COUNSEL:**

**Strasburger & Price, L.L.P.**
**WILLIAM A. HARRISON**
Texas State Bar No. 09125000
U.S. D.C. Tex., Southern District Bar No. 2498
1401 McKinney, Suite 2200
Houston, Texas 77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2009 a true and correct copy of the foregoing document was served upon all counsel of record via electronic notice from the Clerk of the Court.

/s/ Eugene W. Policastri
**Eugene W. Policastri**