## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **COSTAR REALTY INFORMATION, INC., et al.,** | * |
| Plaintiffs | * |
| v. | * Case number: 08cv2767 RWT |
| **BILL JACKSON & ASSOCIATES APPRAISERS, et al.,** | * |
| Defendants | * |

## ORDER

Upon consideration of Defendants' Emergency Motion To Reschedule April 16th Hearing [Paper No. 26] and Defendants' Motion To Consider On An Expedited Basis Defendants' Emergency Motion To Reschedule April 16th Hearing And To Shorten Response Time [Paper No. 27], it is this 9th day of April, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Emergency Motion To Reschedule April 16th Hearing [Paper No. 26] is **GRANTED**; and it is further

**ORDERED**, that Defendants' Motion To Consider On An Expedited Basis Defendants' Emergency Motion To Reschedule April 16th Hearing And To Shorten Response Time [Paper No. 27] is **GRANTED in part** and **MOOT in part;** and it is further

**ORDERED,** that Defendants' Motion To Consider On An Expedited Basis Defendants' Emergency Motion To Reschedule April 16th Hearing And To Shorten Response Time [Paper No. 27] is **GRANTED** to the extent that the Court has considered the underlying Motion to Reschedule on an expedited basis; and it is further

**ORDERED,** that, in light of the Court's decision on the underlying motion and the representations of the parties via e-mail communication with my law clerk on April 8 and 9, the Court concludes that no response is necessary. Thus, to the extent that the motion requests the Court to shorten the time allotted for Plaintiffs to file a response, the motion is **MOOT;** and it is further

**ORDERED,** that the motions hearing previously scheduled for April 16, 2009, is **RESCHEDULED** for **April 28, 2009, at 11:30 a.m.**

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE