

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

William J. Sauers
(202) 624-2746
wsauers@crowell.com

April 20, 2009

Hon. Roger W. Titus
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *CoStar Realty Information, Inc.,* et al. *v. Bill Jackson, Inc., d/b/a Bill Jackson & Associates,* et al.
      U.S. District Court for the District of Maryland, Case No. 8:08-cv-2767

Dear Judge Titus:

We are providing without argument the following supplemental authority concerning CoStar's forum selection clause, which the Court may find relevant to the pending motion to dismiss (D.E. 16, 17):

- *CoStar Realty Information, Inc. v. Field*, No. AW-08-663, -- F. Supp. 2d --, 2009 WL 841132 (D. Md. Mar. 31, 2009); and

- *CoStar Realty Information, Inc. v. Meissner*, No. DKC-08-2766, -- F. Supp. 2d --, 2009 WL 750216 (D. Md. Mar. 16, 2009).

The motion to dismiss in this case is currently scheduled for oral argument on April 28, 2009, at 11:30 a.m.  (D.E. 28).

Sincerely,

William J. Sauers

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachments, was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 20, 2009:

>Eugene W. Policastri
>401 N. Washington St., Suite 500
>Rockville, MD 20850
>Phone: (301) 251-6200
>Fax: (301) 309-9436
>ewpolicastri@brsglaw.com
>
>*Attorneys for Defendants*

>/s/ William J. Sauers
>William J. Sauers, Bar No. 17355
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, NW
>Washington, D.C. 20004-2595
>Telephone: (202) 624-2500
>Facsimile: (202) 628-5116
>Email: wsauers@crowell.com
>
>*Attorneys for Plaintiffs CoStar Realty*
>*Information, Inc. and CoStar Group, Inc.*