

Eugene W. Policastri
ewpolicastri@brsglaw.com

Bromberg Rosenthal LLP
Attorneys at Law

401 North Washington St
Suite 500
Rockville, MD 20850

T (301) 251 6200
F (301) 309 9436

www.brsglaw.com

April 24, 2009

The Honorable Roger W. Titus
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

RE: Cause No. 8:08-cv-2767; CoStar Realty Information, Inc., et al v. Bill Jackson, Inc. d/b/a Bill Jackson & Associates, et al; U.S. District Court for the District of Maryland

Dear Judge Titus:

In response to the recent letter from CoStar's counsel, we are providing the following supplemental authority concerning forum selection clauses, which the Court may find relevant to the pending motions:

> *Norris S. Goff and Thomas G. Swisher v. AAMCO Automatic Transmissions, Inc.*, No. 21390, 313 F.Supp. 667; 1970 U.S. Dist. LEXIS 11421 (D. Md. June 8, 1970);
>
> *John E. Eisaman, et al v. Cinema Grill Systems, Inc., et al*; No. CIV. A. DKC 99-1836, 87 F.Supp.2d 446 (D. Md. Nov. 19, 1999);
>
> *Intercoast Capital Company v. Wailuku River Hydroelectric Limited Partnership and Union Bank of CA, N.A.*, No. 4:04-CV-40304; 2005 WL 290011 (S.D. Iowa Jan. 19, 2005);
>
> *Vinmar Overseas, Ltd. v. Independence Renewable Energy Corp.*, No. H-08-1065, 2008 WL 2078192 (S.D. Tex. May 15, 2008);
>
> *Atlas Oil Co. v. Micro-Design, Inc.*, No. 2:08-CV-12467, 2009 WL 411763 (E.D. Mich. Feb. 17, 2009);
>
> *Micro-Assist, Inc. v. Cherry Communications, Inc., et al*, No. 96-CV-6374, 961 F.Supp. 462 (E.D.N.Y. April 16, 1997);

CoStar Realty Information, Inc. et al v. Bill Jackson and Associates Appraisers    Doc. 30

Dockets.Justia.com

*Matthew J. O'Brien v. Okemo Mountain, Inc. d/b/a Okemo Mountain Resort,* No. 3-97-CV-00091, 17 F. Supp.2d 98; 1998 U.S. Dist. LEXIS 17485; and

*Cathy H. Nelson v. Master Lease Corp.,* No. 4-90-953, 759 F.Supp. 1397; 1991 U.S. Dist. LEXIS 4316; 55 Fair Empl. Prac. Cas. (BNA) 1073.

The motions to dismiss or alternatively to transfer venue are currently scheduled for oral argument on April 28, 2009, at 11:30 a.m.

Very truly yours,

Eugene W. Policastri

EWP:tac

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of April, 2009, a true and correct copy of the foregoing document was served upon all counsel of record via electronic notice from the Clerk of the Court.

/s/ Eugene W. Policastri
Eugene W. Policastri