# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **COSTAR REALTY INFORMATION INC., et al.,** | * * * * | |
| Plaintiffs | * * | |
| v. | * * | Case number: RWT 08cv2767 |
| **BILL JACKSON & ASSOCIATES APPRAISERS, INC., et al.** | * * * | |
| Defendants | * | |

## ORDER

Upon consideration of Defendant Bill Jackson's Motion To Strike Plaintiffs' Amended Complaint [Paper No. 12], Defendant Bill Jackson's and Defendant Houston Property Consultants' Motion To Dismiss, Or In the Alternative, Motion to Dismiss For Improper Venue and Motion To Transfer Venue [Paper Nos. 5 & 16], the responses and replies thereto, and the arguments of counsel presented before the undersigned today, it is, for the reasons stated on the record and in the opinions of this Court in *CoStar Realty Information, Inc. v. Field*, No. AW-08-0663, 2009 WL 841132 (D. Md. Mar. 31, 2009) (Williams, J.), *CoStar Realty Information Inc. v. Meissner*, No. DKC-08-2766, 2009 WL 750216 (D. Md. Mar. 16, 2009) (Chasanow, J.), and *CoStar Realty Information, Inc. v. Hunt,* No. PJM-06-655 (oral opinion, Aug. 28, 2006) (Messittee, J.), this 28th day of April, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Bill Jackson's Motion To Strike Plaintiffs' Amended Complaint [Paper No. 12] is **DENIED**; and it is further

**ORDERED**, Defendant Bill Jackson's and Defendant Houston Property Consultants' Motion To Dismiss, Or In the Alternative, Motion to Dismiss For Improper Venue and Motion To Transfer Venue [Paper Nos. 5 & 16] is **DENIED**.

                                                 /s/
                                     Roger W. Titus
                                     United States District Judge