# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0052

M E M O R A N D U M

TO:         Counsel of Record

FROM:       Judge Roger W. Titus

RE:         *CoStar Realty Information Inc., et al. v. Bill Jackson & Associates Appraisers, et al.*  
            Civil No. 08-2767-RWT

DATE:       May 18, 2009

\* \* \* \* \* \* \* \*

I have today issued the Court's standard form of Scheduling Order.

As discussed at the hearing on April 28, I want to be certain that counsel consider quite carefully the availability of early mediation services by a Magistrate Judge of this Court, and the desirability of consent to all further proceedings by a Magistrate Judge.  These are options that should be carefully considered, and I urge all parties to do so.

The issuance of the Scheduling Order authorizes that initiation of discovery, and I want to be certain that all counsel are aware of the obligations imposed upon them as part of the discovery process.  I urge all counsel to review carefully the recent decision of Chief Magistrate Judge Paul Grimm in the case of *Mancia, et al. v. Mayflower Textile Serv. Co., et al.*, No. 08-cv-00273-CCB, __F.R.D.__, 2008 W.L. 459175 (D. Md. Oct. 15, 2008).  The following is a link to the decision for your convenience:

 http://www.mdd.uscourts.gov/Opinions/Opinions/Mancia%20v.%20Mayflower_Opinion_10.15.08.pdf.

If counsel read this decision and apply the rules in accordance with that decision, it is quite likely that the level of discovery disputes, if any, will be reduced appreciably.

The parties should confer with each other views on the nature and extent of discovery that may be required in this case, with a view towards minimizing wasteful and unnecessary discovery. Any concerns regarding the dates set forth in the Scheduling Order or the scope of discovery should be raised by counsel respectively in the status report or a motion.

Despite the informal nature of this letter, it shall constitute an order of court and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge