IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and     *
CoStar Group, Inc.
      vs.                                *     Case No.  8:08-cv-2767-RWT

                                          *
Bill Jackson, Inc., d/b/a Bill Jackson
                                     ******
& Associates, et al.

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

| June 1, 2009 | *signature* |
|---|---|
| **Date** | **Signature of Counsel** |
|  | Sanya Sarich Kerksiek     17636 |
|  | **Print Name**       **Bar Number** |
|  | Crowell & Moring LLP |
|  | **Firm Name** |
|  | 1001 Pennsylvania Ave. NW |
|  | **Address** |
|  | Washington, DC, 20004 |
|  | **City/State/Zip** |
|  | (202) 624-2500  [Direct: (202) 624-2862] |
|  | **Phone No.** |
|  | (202) 628-5116 |
|  | **Fax No.** |
|  | skerksiek@crowell.com |
|  | **Email Address** |

U.S. District Court (6/14/2005) Entry of Appearance

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on June 1, 2009:

Eugene W. Policastri
401 N. Washington St., Suite 500
Rockville, MD 20850
Phone: (301) 251-6200
Fax: (301) 309-9436
ewpolicastri@brsglaw.com

William A Harrison
Strasburger and Price LLP
1401 McKinney St Ste 2200
Houston , TX 77010
Phone: (713) 951-5614
Fax:  (713) 951-5660
william.harrison@strasburger.com

*Attorneys for Defendants*

        /s/
Sanya Sarich Kerksiek, Bar No. 17636
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*