IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BILL JACKSON INC., d/b/a BILL JACKSON & ASSOCIATES, *et al.*, <br><br> Defendants. | Civil Action No. 8:08-cv-2767-RWT |

## JOINT REPORT TO COURT

In accordance with this Court's Scheduling Order, counsel for Plaintiffs CoStar Realty Information Group, Inc., and CoStar Group, Inc. ("CoStar"), certify that they have conferred with counsel for Defendants Bill Jackson, Inc. d/b/a Bill Jackson & Associates Appraisers ("BJI"), Bill Jackson ("Jackson"), and Houston Property Consultants ("HPC"), regarding the various issues set forth in the Scheduling Order, and now report as set forth below:

1. <u>Early ADR</u>:  The parties request early ADR.

2. <u>Proceedings Before Magistrate Judge</u>:  CoStar consents to proceed before a United States Magistrate Judge.  Defendants do not consent to proceed before a United States Magistrate Judge at this time.

3. <u>ESI Conference</u>:  The parties have discussed the possible need for an ESI conference in this matter in accordance with the Court's proposed protocols.  At this time, it is the preference of all parties that an ESI conference be postponed until such time as both parties serve written

discovery, and both parties reserve the right to make demand for such a conference upon receipt and review of discovery requests and responses.

Dated: June 1, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek, Bar No. 17636
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email  slahlou@crowell.com
         wsauers@crowell.com
         skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on June 1, 2009:

Eugene W. Policastri
401 N. Washington St., Suite 500
Rockville, MD 20850
Phone: (301) 251-6200
Fax: (301) 309-9436
ewpolicastri@brsglaw.com

William A Harrison
Strasburger and Price LLP
1401 McKinney St Ste 2200
Houston , TX 77010
Phone: (713) 951-5614
Fax:  (713) 951-5660
william.harrison@strasburger.com

*Attorneys for Defendants*

                                                                /s/
                                       William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*