IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 2 1 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    Plaintiffs,

v.

BILL JACKSON INC., d/b/a BILL
JACKSON & ASSOCIATES, *et al.*,

    Defendants.

Civil Action No. 8:08-cv-2767-RWT

## STIPULATION OF DISMISSAL

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. and defendants Bill Jackson, Inc. d/b/a Bill Jackson & Associates Appraisers, Bill Jackson, and Houston Property Consultants, by and through their undersigned counsel, hereby stipulate that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 10, 2009

/s/
Shari Ross Lahlou (Bar No. 16570)
William J. Sauers (Bar No. 17355)
Sanya Sarich Kerksiek (Bar No. 17636)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
slahlou@crowell.com
wsauers@crowell.com
skerksiek@crowell.com

*Counsel for plaintiffs CoStar Realty
Information, Inc., and CoStar Group, Inc.*

/s/
William A. Harrison
(*signed by William J. Sauers with
permission of William A. Harrison*)
Strasburger and Price LLP
1401 McKinney St Ste 2200
Houston, TX 77010
Phone: (713) 951-5614
Fax: (713) 951-5660
william.harrison@strasburger.com

*Counsel for Defendants*

APPROVED THIS 20th DAY
of July 2009

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on July 10, 2009:

Eugene W. Policastri
401 N. Washington St., Suite 500
Rockville, MD 20850
Phone: (301) 251-6200
Fax: (301) 309-9436
ewpolicastri@brsglaw.com

William A Harrison
Strasburger and Price LLP
1401 McKinney St Ste 2200
Houston, TX 77010
Phone: (713) 951-5614
Fax: (713) 951-5660
william.harrison@strasburger.com

*Attorneys for Defendants*

/s/
William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*